

## MINUTES OF PROCEEDING

HONORABLE **DANIEL R. DOMINGUEZ**

CIVIL CASE NO: 98-1964 (DRD)                DATE: November 9, 1999

COURTROOM DEPUTY:   Janet **GONZALEZ**

---

| LILIA VELAZQUEZ, et al. | **Attorneys:** |
|---|---|
| | José GALLART |
| V. | |
| ESJ TOWERS, INC. | Vanessa VIERA-RABELO |

---

PRETRIAL CONFERENCE is held in chambers. There are still two fact witness depositions still pending.

Defendants' Motion to Compel, Dkt. No. 14, is discussed. Although plaintiffs have answered Interrogatories and have complied with the submittal of the expert reports, there are still some documents to be produced regarding the capacity to represent the minor. Plaintiffs apprize the Court of the problem they are encountering in obtaining the adoption documents at the Carolina District Court.

The depositions of plaintiffs experts are pending to be taken. Defendants request leave to evaluate plaintiff first and then decide if they will use experts. The Court grants the defendants a <u>final</u> extension until **December 15, 1999** to evaluate plaintiff.

Discovery cut-off date is **December 15, 1999.**

A Settlement Conference is set for **January 27, 2000 at 11:00 A.M.** Clients must be present.

Trial will be held in February 1999 before a Visiting Judge.

_____
COURTROOM DEPUTY

s/c: Counsel of record