# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Date: January 27, 2000

LILIA VELAZQUEZ, et al.　　　　　　CIVIL NO. 98-1964 (DRD)

　　Plaintiffs

v.

ESJ TOWERS, INC.

　　Defendant

BY ORDER OF THE COURT, at oral request of the defendants Settlement Conference scheduled for today is hereby re-set for **Friday, February 4, 2000 at 4:00 P.M.** before Hon. Daniel R. Domínguez.

DANIEL R. DOMINGUEZ
U. S. District Judge

By:_____
　　Courtroom Deputy

Attorneys Notified by telephone & mail:

José Gallart, Esq. (Notified personally)
Vanessa Viera, Esq.