

## MINUTES OF PROCEEDING

HONORABLE **DANIEL R. DOMINGUEZ**

CIVIL CASE NO: 98-1964 (DRD)                DATE: February 4, 2000

COURTROOM DEPUTY:   Janet **GONZALEZ**

---

| LILIA VELAZQUEZ, et al. | **Attorneys:** |
| | José GALLART |
| v. | |
| ESJ TOWERS, INC. | Vanessa VIERA-RABELO |

---

SETTLEMENT CONFERENCE is held in chambers.  Settlement is not viable.

The Court had previously excused defendant's counsel for trial from February 14 to February 18, 2000 because will be taking Master Degree courses during these four days.

This case is referred to Senior Judge Ward for scheduling of trial in this case.

                                                                              _____
                                                                              COURTROOM DEPUTY

s/c: Counsel of record