

# MINUTES OF PROCEEDING

HONORABLE **DANIEL R. DOMINGUEZ**

CIVIL CASE NO: 98-1964 (DRD)         DATE: March 23, 2000

COURTROOM DEPUTY:   Janet **GONZALEZ**

---

| LILIA VELAZQUEZ, et al. | **Attorneys:** |
|---|---|
| | José GALLART |
| V. | Michelle PIRALLO DI CRISTINA |
| ESJ TOWERS, INC. | Vanessa VIERA-RABELO |
| | Jeannette LOPEZ DE VICTORIA |

---

FURTHER SETTLEMENT CONFERENCE is held in chambers. The parties state their settlement position; parties are far apart.

Defendants allege lack of jurisdiction of minor and grand-parents. Plaintiffs states they have no qualms to dismiss as to minor.

Hearing on jurisdiction issue is set for **May 8, 2000 at 4:00 P.M.** Defendants request plaintiffs to submit copies of their income tax returns for the purpose of the hearing.

                                       _____
                                       COURTROOM DEPUTY

s/c: Counsel of record