# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: May 4, 2000

LILIA VELAZQUEZ, et al.                CIVIL NO. 98-1964 (DRD)

    Plaintiffs

v.

ESJ TOWERS, INC.

    Defendants

---

BY ORDER OF THE COURT, at oral request of the defendants the Hearing on Jurisdiction scheduled for May 8, 2000 is re-set for **May 16, 2000 at 4:00 P.M.** before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified by telephone & mail/fax:

José Gallart, Esq.
Vanessa Viera-Rabelo, Esq.