# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: June 30, 2000

LILIA VELAZQUEZ, et al.

CIVIL NO. 98-1964 (DRD)

    Plaintiffs

v.

ESJ TOWERS, INC.

    Defendants

---

BY ORDER OF THE COURT, the Hearing on Jurisdiction scheduled for today is re-set for **August 18, 2000 at 1:30 P.M**. before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified by telephone & mail:

José Gallart, Esq.
Vanessa Viera, Esq.