UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILIA VELAZQUEZ, ET AL

    Plaintiff(s)

    v.                      CIVIL NUMBER: 98-1964 (JAG)

ESJ TOWERS, INC., ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/23/00<br>**Title:** Motion Requesting Entry of Judgment on Behalf of ESJ Towers<br>**Docket:** 23<br>[ ] Plffs   [x] Defts   [ ] Other | DENIED. |
| **Date Filed:** 03/23/00<br>**Title:** Urgent Motion Requesting Order to Compel Discovery Pursuant to Rule 37 of the Federal Rules of Civil Procedure<br>**Docket:** 24<br>[ ] Plffs   [x] Defts   [ ] Other | The plaintiffs are hereby ordered to supplement expert reports in compliance with the strictures of Fed. R. Civ. P. 26(a)(2)(b) by September 15, 2000. Plaintiffs shall also supplement their interrogatory responses by September 15, 2000. |

Date: 09/05/00

JAY A. GARCIA-GREGORY
U.S. District Judge


