UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILIA VELAZQUEZ, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-1964 (JAG)

ESJ TOWERS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/29/00<br>**Title:** Urgent Motion Requesting Default Judgment and/or Order to Compel<br>**Docket**: 28<br>[ ] Plffs   [x] Defts   [ ] Other | **DENIED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/10/00<br>**Title:** Motion Requesting Extension of Time to Answer "Urgent Motion, etc."<br>**Docket**: 30<br>[x] Plffs   [ ] Defts   [ ] Other | **MOOT.** |

Date: 09/05/00

JAY A. GARCIA-GREGORY
U.S. District Judge

