UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILIA VELAZQUEZ, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1964 (JAG)

ESJ TOWERS, INC., ET AL

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/12/00<br>**Title:** Motion Requesting that Time for Answering Interrogatories, etc.<br>**Docket:** 31<br>[ ] Plffs   [x] Defts   [ ] Other | DENIED. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/01/00<br>**Title:** Motion Requesting Leave to Reply<br>**Docket:** 34<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

**Date:** 09/05/00

JAY A. GARCIA-GREGORY
U.S. District Judge


