## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LILIA VELAZQUEZ, ET AL

**Plaintiff(s)**

v.                                    **CIVIL NUMBER:** 98-1964 (JAG)

ESJ TOWERS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion Requesting Entry of Default Judgment, Second Motion Requesting Entry of Default Judgment (by ESJ, 11/27/00); Motion for Setting Status Conference (by plaintiff, 12/27/00) | Defendant ESJ Tower's motions requesting entry of default judgment are hereby denied. The Court notes that the plaintiffs' conduct throughout the discovery period appears to have been less than exculpatory. Accordingly, and in order to set the discovery process on its proper course, the Court hereby orders the parties to appear for a discovery status conference on February 26, 2001 at 3:00 p.m. |
| **Dockets:** 38, 39, 40<br><br>[ ] Plffs   [] Defts   [ ] Other | Counsel for each party will be expected to behave with civility toward each other, and in the spirit of mutual cooperation required of them as officers of this Court. Counsel shall come well prepared to discuss all lingering discovery disputes, and, if appropriate, settlement of the case. |

**Date:** January 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge