## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LILIA VELAZQUEZ, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1964 (JAG)

ESJ TOWERS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 12/27/00<br>**Title**: Motion Requesting Status Conference<br>**Dockets**: 40<br>[x] **Plffs**  [] **Defts**  [ ] **Other** | The Court hereby orders the parties to submit by February 1, 2001 a joint proposed schedule for the remainder of the case. |

Date: January 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


