UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: FEBRUARY 26, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**              **CASE 98-1964(JAG)**
================================================================
LILIA VELAZQUEZ ET AL                   Attorneys:
                                        For Plaintiffs: JOSE
                                        GALLAR

                VS
                                        For Defendant:
ESJ TOWERS, INC.                        VANESSA VIERA
                                        JEANNETTE LOPEZ DE
                                        VICTORIA
================================================================

Case called for settlement conference. Parties indicate
that they were before Judge Ward for a settlement conference and
he recommended $50,000 as a settlement figure. Prior to that the
plaintiff informed defendant that they were willing to accept that
amount.

Defendants have not come up with that amount and indicate to
the Court that they have filed a motion which is pending as to
the issue of the diversity of jurisdiction.

After listening to the parties the Court strongly recommends
that the case be settled for the amount that Judge Ward
recommended, which is $50,000.

Parties are to inform by tomorrow if they have been able to
reach a settlement.

Parties to be notified.

_____
LILY ALICEA-COURTROOM DEPUTY

