UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILIA VELAZQUEZ, ET AL

**Plaintiff(s)**

v.                         CIVIL NUMBER: 98-1964 (JAG)

ESJ TOWERS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 06/19/01<br>**Title**: Motion Requesting Order<br>**Dockets**: 49<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | The Court would like to have this matter fully settled and judgment entered by mid-August 2001. Counsel for the parties shall meet within ten (10) days from the date of this Order and together decide on the best way to bring an end to this already settled case. |

**Date:** July 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge