# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LILIA VELAZQUEZ, ET AL

**Plaintiff(s)**

**v.**   **CIVIL NUMBER:** 98-1964 (JAG)

ESJ TOWERS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 07/26/01 | The Settlement Agreement is approved by the Court. |
| **Title:** Settlement Agreement and Release Subject to Court's Approval | |
| **Dockets**: 51 | |
| [ ] Plffs   [ ] Defts   [ ] Other | |

**Date:** July 31, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge