IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILIA VELAZQUEZ, et al

**Plaintiff(s)**

v.   CIVIL NO.  98-1964 (JAG)

ESJ TOWERS, INC.

**Defendant(s)**

---

### JUDGMENT

A settlement agreement among the parties having been filed and approved by the Court, the Court enters judgment dismissing the complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge