UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILIA VELAZQUEZ, ET AL

Plaintiff(s)

v.                                    CIVIL NUMBER: 98-1964 (JAG)

ESJ TOWERS, INC., ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 08/22/01<br>Title: Motion to Deposit<br>    Settlement Payment<br>Dockets: 55<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

Date: September 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

