# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LILIA VELAZQUEZ, ET AL

**Plaintiff(s)**

v.  **CIVIL NUMBER:** 98-1964 (JAG)

ESJ TOWERS, INC., ET AL

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/24/01<br>**Title:** Motion for Withdrawal of Legal Representation<br>**Dockets:** 56<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED.** |

Date: September 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

